UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIXUAN LUO,

                Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

No. 23 Civ. 4994 (JPO)

**ORDER OF REMAND**

J. PAUL OETKEN, United States District Judge:

    The Court having considered the government's request to remand this matter to U.S. Citizenship and Immigration Services ("USCIS"), it is hereby ORDERED that, pursuant to 8 U.S.C. § 1447(b), this matter be remanded to USCIS for adjudication of Plaintiff's naturalization application (Form N-400) within 45 days of entry of this Order, without costs, expenses, or attorneys' fees to any party, and without prejudice to Plaintiff's ability, if USCIS does not render a decision on Plaintiff's Form N-400 within 45 days of entry of this Order, to reinstate this action by notice and motion filed with the Court and served on the government no later than 90 days after entry of this order.

    The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge